UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYNEARIA A. VARLACK,

                Plaintiff,

-against-

QUANTELE PEREZ; SANDRA VARLACK,

                Defendants.

23-CV-6810 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On November 16, 2023, she filed a notice of voluntary dismissal (ECF No. 5), seeking to withdraw this action. The Court grants Plaintiff's request. The Court therefore dismisses this action without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**CONCLUSION**

Plaintiff's request to withdraw this action (ECF No. 5) is granted. The Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(a). All other pending matters in this case are terminated. This order closes this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 29, 2023
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge